Opinion issued September 25, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00187-CV

____________


DOUGLAS N. POWELL, Appellant


V.


STEPHANIE ANN POWELL, Appellee






On Appeal from the 278th Court

Grimes County, Texas

Trial Court Cause No. 1567






MEMORANDUM OPINION

 On January 9, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed his brief and a reasonable explanation for failure to timely file
his brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.